Mary Elizabeth Hurst, appellee, v. Chicago & Northwestern Railway Company, appellant. Gen. No. 30,451.

Action for personal injuries by negligence. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Thomson, J., dissents. Opinion filed June 23, 1926.

Nelson J. Wilcox and I. C. Belden, for appellant. Taylor, Miller, Dickinson & Smith, for appellee; Preston Boyden, John S. Miller and Delvy T. Walton, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Bernard J. Brown and Maurice Alschuler, copartners, trading as Brown & Alschuler, appellees, v. Jacob Handelsman, appellant. Gen. No. 30,537.

Action to recover compensation for legal services. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Pennish & Rashbaum, for appellant. Brown & Alschuler, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Trude A. Wiehe, appellee, v. H. W. Fuller, appellant. Gen. No. 30,661.

Action for damage to automobile in collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed with finding of fact. Opinion filed June 23, 1926.

William Greene and H. L. Howard, for appellant. Simon T. Sutton, for appellee; Harry A. Goldsmith, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Patrick Bradley, appellee, v. C. L. Serviss, appellant. Gen. No. 30,610.

Action for damage to automobile in collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Murphy O. Tate, for appellant; Leo M. Tarpey, of counsel. Harry Z. Perel, for appellee; Irving Zimmerman, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.